JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA   91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PALMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARTIN J. O'MALLEY<br>COMMISSIONER OF SOCIAL<br>SECURITY<br><br>　　　　Defendant | Case No.   2:24-cv-00665 ADS<br><br>ORDER AWARDING<br>ATTORNEYS FEES PURSUANT TO<br>EAJA 28 U.S.C. §2412(d) |

　　　Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

　　　IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,357.17 in attorney's fees, and $405.00 in costs, subject to the terms of the stipulation.


Dated:   　08/12/2024　

　　　　　　　　　　　　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　HON. AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge